# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CIVIL MINUTES - GENERAL

**CASE NO.: CV-08-428-R**                                    **DATE: AUGUST 20, 2008**

**TITLE: LARRY CLARK ANDERSON JR et al -V- GEORGE CHACOPULOS et al**
================================================================
**PRESENT:**

<u>**HON. MANUEL L. REAL, JUDGE**</u>

<u>William Horrell</u>                                         <u>     N/A     </u>
**Deputy Clerk**                                         **Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**        **ATTORNEYS PRESENT FOR DEFENDANT:**

Not present                                              Not present


**PROCEEDINGS: ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION**

THIS MATTER IS SET ON CALENDAR ON SEPTEMBER 2, 2008 AT

11:00 A.M. FOR HEARING ON AN ORDER TO SHOW CAUSE RE

DISMISSAL FOR LACK OF PROSECUTION, FOR FAILURE OF

THE PARTIES TO FILE A JOINT REPORT OF EARLY MEETING

OF COUNSEL.  ATTENDANCE AT THE HEARING IS MANDATORY;

FAILURE TO APPEAR WILL RESULT IN DISMISSAL OF THE

ACTION.


cc: counsel of record


**MINUTES FORM II**                                          Initials of Deputy Clerk __WH__
**CIVIL - GEN**                           D-M